UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JAMES NEWMAN, Individually and on Behalf of All Others Similarly Situated

Plaintiff,

-against-

ASCENA RETAIL GROUP, INC., DAVID R. JAFFE and ROBERT GIAMMATTEO,

Defendants.

Civ. A. No. 2:19-cv-13529

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, plaintiff James Newman commenced the above-captioned action (the "Action") on June 7, 2019, against defendants Ascena Retail Group, David R. Jaffe, and Robert Giammatteo ("Defendants");

WHEREAS, plaintiff Michaella Corporation commenced a related action against Defendants on July 2, 2019;

WHEREAS, this putative class action asserts federal securities claims arising under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, *et seq*;

WHEREAS, the PSLRA provides for consolidation of all related actions and the appointment of a lead plaintiff and lead counsel after a 60-day notice period expires following the public notice of the filing of an initial securities class action (15 U.S.C. § 78u-4(a)(3));

WHEREAS, the parties have conferred and agree that the obligation to respond to the Complaint should be deferred for all Defendants in light of the foregoing;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, by and among the undersigned counsel to the parties in the above-captioned action, as follows:

1. Defendants Ascena Retail Group, Inc., David R. Jaffe, and Robert Giammatteo ("Defendants") time to answer, move, or otherwise respond to the complaints filed by plaintiffs James Newman and Michaella Corporation is extended until after the Court appoints a lead plaintiff and lead counsel for lead plaintiff and such lead plaintiff either serves a consolidated amended complaint or designates a complaint as the operative complaint.

2. Lead plaintiff shall file its consolidated or amended complaint or otherwise designate an operative complaint within sixty (60) days of the date of the Court's entry of an order appointing the lead plaintiff;

3. The following schedule shall govern briefing on Defendants' motion to dismiss:

    a. Defendants shall file and serve their motion to dismiss or otherwise respond to the operative complaint within sixty (60) days of the lead plaintiff filing the consolidated amended complaint or designating an operative complaint;

    b. Lead plaintiff shall file its opposition to Defendants' motion to dismiss within sixty (60) days of Defendants filing their motion to dismiss;

    c. Defendants shall file their reply to lead plaintiff's opposition within forty-five (45) days of lead plaintiff filing its brief in opposition.

Dated: August 8, 2019

s/Diane P. Sullivan
WEIL, GOTSHAL & MANGES LLP
Diane P. Sullivan
17 Hulfish St., Suite 201
Princeton, NJ 08542
Telephone: 609-986-1100
diane.sullivan@weil.com


WEIL, GOTSHAL & MANGES LLP
Joseph S. Allerhand
Caroline Hickey Zalka
Corinna Provey
767 5th Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
joseph.allerhand@weil.com
caroline.zalka@weil.com
corinna.provey@weil.com


*Attorneys for Defendants Ascena Retail Group, Inc., David R. Jaffe, and Robert Giammatteo*

s/Vicki M. Diamond
ROBBINS GELLER RUDMAN &
DOWD LLP
Samuel H. Rudman
Vicki M. Diamond
58 South Service Road, Suite 200 Melville,
NY 11747
Telephone: 631-367-7100
Fax: 631-367-1173
srudman@rgrdlaw.com
vdiamond@rgrdlaw.com


SEEGER WEISS LLP
Christopher A. Seeger
David R. Buchanan
Christopher L. Ayers
55 Challenger Road, 6th Floor Ridgefield
Park, NJ 07660
Telephone: 973-639-9100
Fax: 973-584-9393
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
cayers@seegerweiss.com


JOHNSON FISTEL, LLP
Michael I. Fistel, Jr.
40 Powder Springs Street
Marietta, GA 30064
Telephone: 770-200-3104
Fax: 770-200-3101
michaelf@johnsonfistel.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
The Honorable Kevin McNulty
United States District Judge
Dated: August 9, 2019