**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re ASCENA RETAIL GROUP, INC. SECURITIES LITIGATION** | Civ. No. 19-13529 (KM) (JBC) |
| | **ORDER** |

**THIS MATTER** having come before the Court on Defendants' motion to dismiss Plaintiff's Consolidated Amended Complaint pursuant to Fed. R. Civ P. 12(b)(6), (DE 47); and the Court having considered the submissions of the parties (DE 42, 47, 49, 68, 69, 70) without oral argument; for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 28th day of June, 2022,

**ORDERED** that the motion to dismiss Plaintiff's Consolidated Amended Complaint (DE 47) is **GRANTED** without prejudice to the filing, within 40 days, of a properly supported motion to amend the complaint.

/s/ Kevin McNulty

_____

**Kevin McNulty
United States District Judge**